| UNITED STATES DISTRICT COURT | PRIORITY SEND |
|---|---|
| CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

**CIVIL MINUTES -- GENERAL**

Case No.  **CV 10-4090-JFW (SSx)**                                   Date:  March 9, 2012

Title:     Liana Thanou -v- Cornerstone Securities, LLC, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER

On March 1, 2012, the Court issued an Order to Show Cause Re: Dismissal for Lack of Prosecution, ordering Plaintiff Liana Thanou ("Plaintiff") to show cause, in writing, no later than March 7, 2012, why this action should not be dismissed for lack of prosecution. The Court specifically warned Plaintiff that "[f]ailure to respond to the Order to Show Cause will result in the dismissal of this action. Plaintiff has failed to respond to the Court's Order to Show Cause.

As a result of Plaintiff's failure to respond to the Court's Order to Show Cause, Plaintiff's Complaint is hereby **DISMISSED without prejudice**. *See* Fed. R. Civ. P. 41(b); *Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

IT IS SO ORDERED.